UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80082-CR-HURLEY

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

LASHONDRA THOMPSON,

       Defendant.

_____/



FILED by _____ D.C.

AUG 1 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT AND RECOMMENDATION

     THIS CAUSE is before the Court for a final probable cause hearing on a petition for violations of supervised release.  The Defendant, LASHONDRA THOMPSON, appeared before the Court on August 16, 2012, represented by AFPD Lori Barrist.  The Defendant is charged with five violations: (1) testing positive for cocaine on 3/16/12 and 3/23/12; (2)  testing positive for marijuana on 2/13/12 and 3/9/12 and admitting to using marijuana on February 13, 2012; (3) failing to report to the Probation Office within 72 hours of 1/12/12; (4) failing to report for drug testing on 3/30/12; and (5) being unemployed since 2/13/12.   The defendant admitted to all of the violations and provided explanations for two of the violations: (1) she did smoke marijuana but did not know it was laced with cocaine and (3) she did not report in person but she did call.

     The Court finds that the Defendant knowingly, intelligently, and voluntarily admits to violating her supervised release and would like to proceed to sentencing.  The Court also finds that the Defendant knowingly, intelligently, and voluntarily waives her rights to a final probable cause hearing.

The Court **RECOMMENDS** that the District Court accept the Defendant's admission and find the Defendant guilty.

Pursuant to Local Magistrate Rule 4(b), a party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Senior United States District Court Judge Daniel T.K. Hurley within fourteen days of being served with a copy of this Report and Recommendation. Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982), *cert. denied*, 460 U.S. 1087 (1983).

**DONE and SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 17 day of August, 2012.

*James M. Hopkins*

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Daniel T.K. Hurley, Senior United States District Judge
Counsel of record
U.S. Marshal
U.S. Probation
Clerk of Court