UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80082-CR-Hurley

UNITED STATES OF AMERICA,

v.

LASHONDRA KNOWLES THOMPSON,

Defendant.
_____/

FILED by _____ D.C.

NOV 13 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# REPORT AND RECOMMENDATION

## I.  Background

The Defendant, LASHONDRA KNOWLES THOMPSON, appeared before the Court on November 13, 2013, represented by counsel, for an initial hearing on the Petition for Warrant or Summons for Offender under Supervision. Defendant orally requested that her final hearing be held on today's date as she desired to admit the supervised release violation. Defendant was originally convicted in the Southern District of Florida of distribution of cocaine in violation of 21 U.S.C. § 841(a)(1). [DE 22]. On December 19, 2008, United States District Judge Daniel T.K. Hurley sentenced Defendant to 24 months in prison followed by three years of supervised release. *Id.* Judge Hurley also imposed several special conditions of supervision. *Id.* Defendant's term of supervised release commenced on November 29, 2011. [DE 37].

On October 18, 2012, after Defendant was found to have violated the conditions of her supervision, Judge Hurley reinstated Defendant's supervised release with added conditions. [DE 36]. He mandated that Defendant participate in the 60-day CARP inpatient residential drug treatment program and then follow up at the Half-Way House program as directed by U.S.

1

Probation. *Id.* Defendant was also ordered to participate in an approved drug and/or alcohol abuse treatment program as directed, to maintain full-time, legitimate employment, and to obtain prior approval from the Court before entering into any self-employment. *Id.*

Defendant is now charged, pursuant to a Petition for Warrant or Summons for Offender under Supervision ("Petition"), with violating a mandatory condition of her supervised release by unlawfully possessing or using a controlled substance. [DE 37]. According to the Petition, on or about May 31, 2013, Defendant's urine sample tested positive for the presence of cocaine. *Id.*

## II. Summary of Hearing

At the November 13, 2013 hearing, Defendant stated that she wished to admit to the violation of supervised release pending against her. Upon questioning by the Court, Defendant stated that she was clear-headed and not under the influence of alcohol or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against her, her right to counsel, her right to contest the allegations at a final revocation hearing, her right to appear at the hearing and present evidence, and her right to question adverse witnesses. After being advised of those rights, Defendant admitted Violation 1 and agreed to waive her right to a probable cause determination and a contested final revocation hearing. The Court finds that Defendant made these waivers and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admission to Violation 1, and a review of the court file, the Court finds that there is probable cause to believe that Defendant committed the allegation lodged against her.

## III. Recommendation

For the foregoing reasons, it is respectfully recommended that United States District Judge

2

Daniel T.K. Hurley find that Defendant has violated the terms and conditions of supervision as alleged in Violation 1 of the Petition. It is further recommended that the matter be set down for sentencing before United States District Judge Daniel T.K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with United States District Judge Daniel T.K. Hurley, within fourteen (14) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 13th day of November, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE