UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80082-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

LASHONDRA KNOWLES THOMPSON,
Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING SENTENCING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 43], dated November 14, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, December 11, 2013,** at **3:00 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of December, 2013.

copy furnished:
AUSA John C. McMillan
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge